UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KIMBERLY WEBER,

    Plaintiff,

v.                                  CASE NO: 8:05-cv-407-T-23MAP

PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY,

    Defendant.
_____/

**ORDER**

The parties file a joint stipulation (Doc. 10) for dismissal with prejudice. Rule 41(a), Federal Rules of Civil Procedure. The stipulation (Doc. 10) is **APPROVED** and the action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own fees and costs.

ORDERED in Tampa, Florida, on May 31, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    Courtroom Deputy